PD-0096-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/24/2015 9:47:40 AM
Accepted 2/26/2015 3:19:46 PM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

### PD-0096-15

*granted*
*PC*
*3-3-15*

| | | |
|---|---|---|
| **MICHAEL JERMAINE WILLIAMS,** | § | On Petition for Review of |
| *Appellant* | § | No. 14-13-00527-CR |
| v. | § | Court of Appeals |
| | § | Fourteenth District of Texas |
| | § | |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | | |

## PETITIONER/APPELLANT'S MOTION TO EXTEND TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

Petitioner/Appellant Michael Jermaine Williams moves for a second extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I. LOWER COURT PROCEEDINGS

Judgment in this case was entered on June 7, 2013. The court of appeals affirmed on December 23, 2014. No motion for rehearing was filed.

### II. PROCEEDINGS IN THIS COURT

Mr. Williams's petition was due on February 23, 2015. One previous extension was requested and granted.

### III. REASONS FOR REQUEST

In the 30 days since the Court granted Appellant's original extension request, counsel's health problem has continued. Counsel has missed more than an additional week of work with flu and other health issues, requiring multiple trips to doctors and multiple medical tests to untangle various issues. Counsel has reassigned some of her

docket to other attorneys in the office, but in the exercise of due diligence, has been unable to complete Mr. Williams' petition. Counsel also has continued to work to finish a brief in the case of *Reginald Turon Hill v. State*, Cause No. 14-14-00376-CR, which now is subject to abatement.

## III. FILING OF MOTION

The Court's prior order noted that there would be no further extensions, and counsel has tried to heed that admonishment, but was been unable to complete Mr. Williams's petition by the deadline. Mr. Williams respectfully requests that his attorney's health problem be considered extraordinary circumstances to justify this extension request. The motion is not filed for purposes of delay, but so justice may be done.

## PRAYER

Mr. Williams respectfully requests that this motion be granted and that the Court permit an extension of time until March 24, 2015, to file his petition for discretionary review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

**CHERI DUNCAN**
Assistant Public Defender

2

Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**MICHAEL JERMAINE WILLIAMS**

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Appellate Brief was served on the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney, on February 24, 2015.

/s/ *Cheri Duncan*

**CHERI DUNCAN**